UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUS GRABOWSKY, Derivatively on Behalf of Nominal Defendant INTEGRA LIFESCIENCES HOLDINGS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE L. ANDERSON, PETER J. ARDUINI, GLENN G. COLEMAN, ROBERT T. DAVIS, JR., JAN D. DE WITTE, LEA KNIGHT, STEVE LEONARD, JEFFREY A. MOSEBROOK, STUART M. ESSIG, KEITH BRADLEY, SHAUNDRA D. CLAY, BARBARA B. HILL, JEFFREY A. GRAVES, RENEE W. LO, RAYMOND G. MURPHY, CHRISTIAN S. SCHADE, LLYOD W. HOWELL, JR., RHONDA GERMANY BALLINTYN, and DONALD E. MOREL, JR.,<br><br>Defendants,<br><br>and<br><br>INTEGRA LIFESCIENCES HOLDINGS CORPORATION,<br><br>Nominal Defendant. | Case No. 3:25-cv-01399-MAS-TJB |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 23.1(c), plaintiff Claus Grabowsky ("Plaintiff") voluntarily dismisses his claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only. Because this

1

Notice of Voluntary Dismissal is being filed with the Court before Defendants[1] have served either an answer or a motion for summary judgment in the Action, Plaintiff's dismissal of his claims in the Action is effective upon the filing of this notice.

Dated: March 28, 2025

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Gina M. Serra
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: gms@rl-legal.com
  sdr@rl-legal.com
  tjm@rl-legal.com
  vl@rl-legal.com
  lw@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

So Ordered this 31st day of March 2025

_____
**Honorable Michael A. Shipp, U.S.D.J.**

---

[1] "Defendants" means Carrie L. Anderson, Peter J. Arduini, Glenn G. Coleman, Robert T. Davis, Jr., Jan D. De Witte, Lea Knight, Steve Leonard, Jeffrey A. Mosebrook, Stuart M. Essig, Keith Bradley, Shaundra D. Clay, Barbara B. Hill, Jeffrey A. Graves, Renee W. Lo, Raymond G. Murphy, Christian S. Schade, Llyod W. Howell, Jr., Rhonda Germany Ballintyn, Donald E. Morel, Jr., and Integra LifeSciences Holdings Corporation.